# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0015
_____

KEVIN BUSBEE,

Appellant,

v.

SUSAN BUSBEE,

Appellee.

_____

On appeal from the Circuit Court for Gadsden County.
David Michael Frank, Judge.

January 4, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROWE and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Daniel Phillips, Tallahassee, for Appellant.

William Stephen Black, II, Tallahassee, for Appellee.